



## MEMORANDUM OPINION

No. 04-12-00083-CV

**IN RE AMERICAN POWER CONVERSION CORPORATION**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                  Sandee Bryan Marion, Justice
                  Rebecca Simmons, Justice

Delivered and Filed:  February 15, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On February 7, 2012, relator American Power Conversion Corporation filed a petition for writ of mandamus and a motion for temporary relief, complaining of the trial court's oral ruling on discovery. Relator indicates the trial court has not provided a final signed order on the discovery issue. While we acknowledge that in some circumstances it might be appropriate to review a trial court's oral ruling through a petition for writ of mandamus, we do not find it appropriate here. *See In re AIG Aviation, Inc.*, No. 04-04-00291-CV, 2004 WL 1166560, at *1 (Tex. App.—San Antonio May 26, 2004, orig. proceeding) (citing *In re Bledsoe*, 41 S.W.3d 807, 811 (Tex. App.—Fort Worth 2001, orig. proceeding) (holding that while it is not encouraged that

---

[1] This proceeding arises out of Cause No. 6660, styled *Sara Villarreal, Individually and as Next Friend of Carlota Martinez, A Minor v. Rosalinda Godino Medel, Individually and on Behalf of the Estate of Karina Medel v. Alvaro J. Medel v. Best Buy Stores, LP, et al.*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose A. Lopez presiding.

parties file mandamus actions based upon a trial court's oral ruling, rule 52.3(j)(1)(A) allows consideration of an oral ruling if the court's ruling is a clear, specific, and an enforceable order that is adequately shown by the record)). Due to the extensive amount of discovery relator complains it is being ordered to produce and the lack of a clear and specific ruling sufficient for this court's review of the discovery being ordered, we conclude that at this time mandamus review is not appropriate. Accordingly, the petition for writ of mandamus and motion for temporary relief are DENIED WITHOUT PREJUDICE. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM